# United States District Court for the Northern District of Illinois

Case Number: 08CV4967            Assigned/Issued By: DAJ

Judge Name: NORGLE              Designated Magistrate Judge: DENLOW

## FEE INFORMATION

*Amount Due:*  [✓] $350.00   [ ] $39.00   [ ] $5.00
              [ ] IFP       [ ] No Fee   [ ] Other _____
              [ ] $455.00

Number of Service Copies _____          Date: _____

(For Use by Fiscal Department Only)

Amount Paid: 350.00                    Receipt #: 3068057

Date Payment Rec'd: 09/02/08           Fiscal Clerk: DAJ

## ISSUANCES

[✓] Summons                              [ ] Alias Summons

[ ] Third Party Summons                  [ ] Lis Pendens

[ ] Non Wage Garnishment Summons         [ ] Abstract of Judgment

[ ] Wage-Deduction Garnishment Summons   _____
                                         _____
                                         (Victim, Against and $ Amount)

[ ] Citation to Discover Assets

[ ] Writ _____
         (Type of Writ)

1 Original and 0 copies on 09/02/08 as to DEF. _____
                          (Date)

C:\wpwin80\docket\feeinfo.frm     03/14/05